BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
MARC E. TURCHIN
Supervising Deputy Attorney General
ANALEE J. BRODIE
Deputy Attorney General
State Bar No. 185606
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 576-1337
  Fax: (213) 897-6496
  Email: DocketingLAAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SHONTA JOWARN KARIM,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>RICHARD KIRKLAND, Warden,<br><br>　　　　　　　　　Respondent. | CV-04-03421-FMC (MLG)<br><br>[~~PROPOSED~~] ORDER<br><br><br><br>Hon. Marc L. Goldman<br>U.S. Magistrate Judge |

BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
MARC E. TURCHIN
Supervising Deputy Attorney General
ANALEE J. BRODIE
Deputy Attorney General
State Bar No. 185606
   300 South Spring Street, Suite 1702
   Los Angeles, CA 90013
   Telephone: (213) 576-1337
   Fax: (213) 897-6496
   Email: DocketingLAAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SHONTA JOWARN KARIM,<br><br>                          Petitioner,<br><br>v.<br><br>RICHARD KIRKLAND, Warden,<br><br>                          Respondent. | CV-04-03421-FMC (MLG)<br><br>[~~PROPOSED~~] **ORDER**<br><br><br>Hon. Marc L. Goldman<br>U.S. Magistrate Judge |

Having considered Respondent's Application for Enlargement of Time and good cause appearing, IT IS ORDERED that the application is GRANTED and that Respondent is granted to and including January 31, 2006, in which to file and serve the ordered Answer.

Presented By: _/s/_
                ANALEE J. BRODIE
                Deputy Attorney General

Dated: 12/21/05

_/s/_
HON. MARC L. GOLDMAN
United States Magistrate Judge

60119247.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Shonta Jowarn Karim v. Richard Kirkland, Warden*

Case No.:   **CV-04-03421-FMC (MLG)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **December 23, 2005**, I served the attached **[PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

**Shonta Jowarn Karim**
**CDC- H-52853**
**Calipatria State Prison**
**P. O. Box 5002**
**Calipatria, CA 92233-5002**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 23, 2005**, at Los Angeles, California.

|  |  |
|---|---|
| Erlinda Zulueta | *[signature]* |
| Declarant | Signature |

AJB:ez
LA2004FH0283
60119246.wpd