Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONTA JOWARN KARIM, | Case No. 2:04-cv-03421-FMC-JC |
| Petitioner, | |
| v. | JUDGMENT |
| RICHARD KIRKLAND, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: September 29, 2008

_____
HONORABLE FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE